

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

BRENDAN FUGERE
ASSISTANT ATTORNEY GENERAL

ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 1:39 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 1:39:07 PM
CHRISTOPHER A. PRINE
Clerk

March 25, 2025

**VIA ELECTRONIC FILING**

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re: *Oncor Electric Delivery Company LLC v. Public Utility Commission of Texas*; No. 15-24-00042-CV
Oral Argument Acknowledgment

Dear Mr. Prine:

Appellee acknowledges the Court's notice setting this appeal for oral argument on Tuesday, April 15, 2025, at 1:30 PM. Brendan Fugere of the Office of the Attorney General will present oral argument on behalf of Appellee.

Respectfully submitted.

/s/ Brendan Fugere
BRENDAN FUGERE
Assistant Solicitor General
State Bar No. 24143863
Brendan.Fugere@oag.texas.gov
Counsel for Appellee

cc:     Jarrett L. Hale (via electronic service)

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512) 463-2100 WEB: WWW.TEXASATTORNEYGENERAL.GOV
*An Equal Employment Opportunity Employer*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of Brendan Fugere
Bar No. 24143863
maria.williamson@oag.texas.gov
Envelope ID: 98860985
Filing Code Description: Other Document
Filing Description: 20250325 OA Acknowledgment Ltr_Final
Status as of 3/25/2025 3:18 PM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rance Craft | | rance.craft@oag.texas.gov | 3/25/2025 1:39:17 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 3/25/2025 1:39:17 PM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 3/25/2025 1:39:17 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 3/25/2025 1:39:17 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 3/25/2025 1:39:17 PM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 3/25/2025 1:39:17 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 3/25/2025 1:39:17 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth Page | | elizabethpage@huntonak.com | 3/25/2025 1:39:17 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 3/25/2025 1:39:17 PM | SENT |
| Thomas L.Brocato | | tbrocato@lglawfirm.com | 3/25/2025 1:39:17 PM | SENT |
| Jacob J.Lawler | | jacob.lawler@hklaw.com | 3/25/2025 1:39:17 PM | SENT |
| Meghan Griffiths | | mgriffiths@jw.com | 3/25/2025 1:39:17 PM | SENT |
| Grant Clifton | | grantclifton@gmail.com | 3/25/2025 1:39:17 PM | SENT |
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 3/25/2025 1:39:17 PM | ERROR |
| Laura W.Baker | | lwb@smxblaw.com | 3/25/2025 1:39:17 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of Brendan Fugere
Bar No. 24143863
maria.williamson@oag.texas.gov
Envelope ID: 98860985
Filing Code Description: Other Document
Filing Description: 20250325 OA Acknowledgment Ltr_Final
Status as of 3/25/2025 3:18 PM CST

Case Contacts

| Laura W.Baker | | lwb@smxblaw.com | 3/25/2025 1:39:17 PM | SENT |
|---|---|---|---|---|
| Bryan Clark | | bryan.clark@pxd.com | 3/25/2025 1:39:17 PM | SENT |
| Catherine J.Webking | | cwebking@spencerfane.com | 3/25/2025 1:39:17 PM | SENT |
| Michael A.McMillin | | mmcmillin@omm.com | 3/25/2025 1:39:17 PM | SENT |
| Alfred R.Herrera | | aherrera@herreralawpllc.com | 3/25/2025 1:39:17 PM | SENT |
| Sergio E.Herrera | | sherrera@herreralawpllc.com | 3/25/2025 1:39:17 PM | SENT |